UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE G. GARRISON,<br><br>       Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. C11-697-RSM-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Appeals Council shall obtain the complete hearing transcript or, if it cannot obtain the complete hearing transcript, it shall remand the case to an Administrative Law Judge for a de novo hearing. No aspect of the Commissioner's final decision is affirmed.

REPORT AND RECOMMENDATION
PAGE - 1

1   A proposed order accompanies this Report and Recommendation.

2   DATED this 6th day of September, 2011.

_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2